IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ELI HECKMAN,** | : | CIVIL ACTION |
|     Plaintiff | : | |
| | : | |
| vs. | : | NO. 15-4184 |
| | : | |
| **CITY OF ALLENTOWN, et al.,** | : | |
|     Defendants | : | |

## O R D E R

**AND NOW,** this 3rd day of November, 2015, upon careful consideration of the plaintiff's motion for recusal (Document #7), IT IS HEREBY ORDERED that the motion is DENIED.

BY THE COURT:

  /s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.